IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:21CR3012 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO SEAL |
| JEREMY S. GERDES, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, by and through his attorney, and moves this Court to seal the Defendant's Motion for Pretrial Release filed contemporaneously herewith.

JEREMY S. GERDES, Defendant

By: MORROW, POPPE,
WATERMEIER & LONOWSKI, P.C.
A Limited Liability Organization
201 North 8th Street, Suite 300
P.O. Box 83439
Lincoln, Nebraska 68501-3439
(402) 474-1731


By: ___/s/Joel G. Lonowski_____
Joel G. Lonowski          #19078

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

John S. Schoettle, Assistant U.S. Attorney
Kate Eubanks, U.S. Pretrial Services Officer


___/s/Joel G. Lonowski_____
Joel G. Lonowski          #19078